**Dismissed and Memorandum Opinion filed July 19, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00345-CV

---

**LONGTIN'S PIPE & STEEL, INC. D/B/A U.S. CENTRAL PIPELINE SERVICES, Appellant**

**V.**

**ETC CANYON PIPELINE, LLC, Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-63720**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 9, 2012. On July 13, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, McCally, and Busby.